EISNER, A Professional Corporation
JEREMIAH T. REYNOLDS (SBN 223554)
gnikias@eisnerlaw.com
GEORGIANA A. NIKIAS (SBN 283718)
gnikias@eisnerlaw.com
9601 Wilshire Boulevard, 7th Floor
Beverly Hills, California 90210
Telephone: 310.855.3200
Facsimile: 310.855.3201

Attorneys for Defendants Voltage
Pictures, LLC, Voltage Productions, LLC,
Christchurch Productions DAC, Nicolas
Chartier, and Definition Films DAC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FARHAD SAFINIA, an individual,<br><br>Plaintiff and Counter-Claim Defendant.<br><br>vs.<br><br>VOLTAGE PICTURES, LLC, a California limited liability company; VOLTAGE PRODUCTIONS, LLC, a Nevada limited liability company; CHRISTCHURCH PRODUCTIONS DAC, an Ireland designated activity company; NICOLAS CHARTIER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants and Counter-Claim Plaintiffs.<br><br>RELATED COUNTER CLAIMS | Case No. 2:17-cv-06902-CBM-RAO<br>Assigned to: Hon. Consuelo B. Marshall<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>**[Stipulated Protective Order filed concurrently herewith]**<br><br>Complaint Filed: September 19, 2017 |

## PROPOSED ORDER

Based upon Defendants, Counter-Claimants and Third-Party Plaintiffs Voltage Pictures, LLC, Voltage Productions, LLC, Christchurch Productions DAC, Nicolas Chartier, and Definition Films DAC (collectively, "Defendants") and Plaintiff and Defendant Counterclaimant Farhad Safinia's Stipulated Protective Order and good cause appearing therefore:

IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED.

IT IS SO ORDERED.

Dated: June 26, 2018        By:_____
HON. ROZELLA A. OLIVER
United States Magistrate Judge