UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-06902 CBM (RAO) | Date: | January 11, 2019 |
| Title: | Farhad Safinia v. Voltage Pictures, LLC, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **MINUTE ORDER DIRECTING RESPONSE TO MOTION TO DE-DESIGNATE/UNSEAL TESTIMONY [150]**

On November 13, 2018, Plaintiff filed a Motion to De-Designate/Unseal Testimony ("Motion"). (Dkt. No. 150.) District Judge Consuelo B. Marshall referred the Motion to the undersigned and vacated the noticed hearing date. (Dkt. Nos. 151, 154.)

Defendants are directed to file a response to the Motion by **January 21, 2019**. If Defendants do not oppose the Motion, Defendants shall file a statement of non-opposition.

**IT IS SO ORDERED.**

Initials of Preparer    : dl