UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 17-06902 CBM (RAO) | Date: | January 23, 2019 |
| Title: | Farhad Safinia v. Voltage Pictures, LLC, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER GRANTING IN PART MOTION TO DE-DESIGNATE/UNSEAL TESTIMONY [150]**

On November 13, 2018, Plaintiff filed a Motion to De-Designate/Unseal Testimony ("Motion"). (Dkt. No. 150.) District Judge Consuelo B. Marshall referred the Motion to the undersigned and vacated the noticed hearing date. (Dkt. Nos. 151, 154.) This Court directed Defendants to file a response to the Motion, and Defendants filed an Opposition on January 18, 2019. (Dkt. Nos. 157, 160.)

The Court has reviewed the Motion and the Opposition. Defendants' procedural objections to the Motion are **OVERRULED**.

Plaintiff's Motion is **GRANTED IN PART**. The Court de-designates the following disputed passages of deposition testimony, which are no longer "Confidential" or "Highly Confidential" under the Protective Order in this action:[1]

///

///

///

///

---

[1] Additionally, Defendants have represented that they will voluntarily de-designate the following passages: Chartier Depo. 177:12-21, 192:1-2; Foreman Depo. 54:11-16, 81:23-82:22, 83:20-84:9. (*See* Dkt. No. 160 at 10; Austin Decl., Exh. A, Dkt. No. 160-2 at 3.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 17-06902 CBM (RAO)                                   Date:   January 23, 2019
Title:      Farhad Safinia v. Voltage Pictures, LLC, et al.

| Deposition | Page:Line |
|---|---|
| Nicolas Chartier | 154:2-22 |
| | 173:11-175:3 |
| | 177:22-179:8 |
| | 179:16-18 |
| | 186:17-187:10 |
| Zev Foreman | 23:24-24:8 |
| | 24:24-25:24 |
| | 47:11-50:8 |
| | 53:4-24 |
| | 54:17-57:17 |
| | 78:12-79:17 |
| | 81:3-22 |
| | 83:5-19 |
| | 86:6-87:7 |
| | 87:15-88:17 |
| | 132:24-133:8 |
| | 171:12-17 |
| | 186:24:00 |
| Dominic Rustam | 106:24-108:25 |
| | 110:9-14 |
| | 168:21-170:14 |
| | 175:4-9 |
| | 189:23-24 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: CV 17-06902 CBM (RAO)          Date: January 23, 2019
Title:    Farhad Safinia v. Voltage Pictures, LLC, et al.

    To the extent the foregoing passages have previously been filed under seal, Defendants shall file public, redacted copies of the transcripts that were filed in connection with Defendants' Motion for Protective Order (Dkt. No. 91) **within seven days of this Order**, with redactions reflecting these narrowed designations.

    **IT IS SO ORDERED.**

Initials of Preparer : dl