UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-06902-CBM(RAOx)** | Date | FEBRUARY 12, 2019 |
| Title | FARHAD SAFINIA v. VOLTAGE PITURES, LLC., ET AL., | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the defendant's motion for summary judgment [129] and plaintiff's motion for summary judgment [161], currently scheduled for February 19, 2019, are hereby ordered continued to ***March 12, 2019 at 10:00 a.m.***

IT IS SO ORDERED.

cc: all parties