UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-06902-CBM-RAOx | Date | February 25, 2019 |
|---|---|---|---|

| Title | *Farhad Safinia v. Voltage Pictures, LLC, et al.* |
|---|---|

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The matter before the Court is Plaintiff's Motion for Partial Summary Judgment, filed on January 22, 2019. (Dkt. No. 161.)

The last day for hearing on Motions was January 29, 2019 (Dk.t No. 74), and therefore the last date for filing motions was January 1, 2019. (L.R. 6-1.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than February 27, 2019**, why the Court should not deny Plaintiff's Motion for Partial Summary Judgment as untimely. (*See* L.R. 7-12 ("The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, **may be deemed consent to** the granting or **denial of the motion**.") (Emphasis added.).)

**IT IS SO ORDERED.**