UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-6902-CBM(RAOx) | Date | MARCH 12, 2019 |
| Title | FARHAD SAFINIA v. VOLTAGE PICTURES, LLC., ET AL., | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| Yolanda Skipper | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Aaron H. Perahia | Jeremiah T. Reynolds |
| Shahin Rezvani | Wendy L. Caldwell |
| Jeffery D. McFarland | |

**Proceedings:** HEARING RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [129] AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [161]

The case is called and counsel state their appearance. The Court and counsel confer.

Following discussions with the parties, the Court will grant Defendant's motion for summary judgment [129]. The Court will deny Plaintiff's motion for summary judgment [161].

A written order will issue.

IT IS SO ORDERED.

cc: all parties

: **17**