# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAD SAFINIA,<br><br>    Plaintiff and Counter-Claim Defendant,<br><br>v.<br><br><br>VOLTAGE PICTURES, LLC, *et al.*,<br><br>    Defendants and Counter-Claim Plaintiffs. | Case No.: CV 17-6902-CBM-RAO<br><br>**ORDER RE: EVIDENTIARY OBJECTIONS RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' LIABILITY FOR COPYRIGHT INFRINGEMENT** |

The matters before the Court are the parties' evidentiary objections re Defendants' Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment on Defendants' Liability for Copyright Infringement. (Dkt. Nos. 134-2, 143-1, 164-6.)

The Court rules on the parties' objections as follows:

**A.    Plaintiff's Objections (Dkt. No. 134-2)**

    1.    Declaration of Nicolas Chartier ¶ 2

        a.    Sustained – lacks foundation; legal conclusion.

    2.    Declaration of Nicolas Chartier ¶ 6

1

|   |   |   |   |
|---|---|---|---|
| 1 |   | a. | Sustained – irrelevant to the issue of ownership. |
| 2 | 3. | | Declaration of Nicolas Chartier ¶ 7, Ex. A |
| 3 |   | a. | Sustained – irrelevant to the issue of ownership. |
| 4 | 4. | | Declaration of Nicolas Chartier ¶ 8, Ex. B |
| 5 |   | a. | Sustained –irrelevant to the issue of ownership. |
| 6 | 5. | | Declaration of Ryan D. Austin ¶ 15, Ex. N |
| 7 |   | a. | Sustained – irrelevant to the issue of ownership. |
| 8 | 6. | | Declaration of Ryan D. Austin ¶ 16, Ex. O |
| 9 |   | a. | Sustained – irrelevant to the issue of ownership. |

**B. Defendants' Objections (Dkt. Nos. 143-1, 164-6)**[1]

1. Safinia Decl. ¶ 3
   a. Sustained as to "2001", and "which was written by Todd Kormarnicki and John Boorman. In connection with that engagement" – lacks foundation;
   b. Sustained as to "When I signed the COA, I understood it would apply to my 2007 revisions of the 2001 screenplay. I did not understand it would apply to work I performed beyond my 2007 revisions." – irrelevant;[2] and
   c. Overruled as to the remainder of ¶ 3.
2. Safinia Decl. ¶ 4
   a. Sustained as to "Therefore, at that time, I understood that my engagement under the COA had terminated, that Airborne

---

[1] Defendants filed identical evidentiary objections to the same evidence submitted by Plaintiff in opposition to Defendants' Motion and in support of Plaintiff's Motion. (Dkt. Nos. 143-1, 164-6.) Accordingly, these rulings apply to both of Defendants' evidentiary objections.

[2] *See Founding Members of the Newport Beach Country Club v. Newport Beach Country Club, Inc.*, 135 Cal. Rptr. 2d 505, 514 (Cal. Ct. App. 2003) ("The parties' undisclosed intent or understanding is irrelevant to contract interpretation."); *Winet v. Price*, 6 Cal. Rptr. 2d 554 (Cal. Ct. App. 1992) ("[T]he undisclosed subjective intent of the parties is irrelevant to determining the meaning of contractual language.").

2

|   |   |   |   |
|---|---|---|---|
| | | | Productions, Inc. ("Airborne") owned the rights to the revisions I performed up to that time, and that the COA would not apply to anything I created in the future." – irrelevant;[3] and |
| | | b. | Overruled as to the remainder of ¶ 4. |
| | 3. | Safinia Decl. ¶ 7 | |
| | | a. | Sustained as to "My 2016 Screenplay differs substantially from the other screenplays, including differences in the characters, scenes, dialogue, and other artistic elements." – lacks foundation, improper lay opinion; and |
| | | b. | Overruled as to the remainder of ¶ 7. |
| | 4. | Safinia Decl. ¶ 8 | |
| | | a. | Sustained – irrelevant to the issue of ownership. |
| | 5. | Safinia Decl. ¶ 9 | |
| | | a. | Sustained – irrelevant to the issue of ownership. |
| | 6. | Safinia Decl. ¶ 10 | |
| | | a. | Sustained – irrelevant to the issue of ownership. |
| | 7. | Safinia Decl. ¶ 11 | |
| | | a. | Sustained – lacks foundation, improper lay opinion. |
| | 8. | Safinia Decl. ¶ 12 | |
| | | a. | Overruled. |
| | 9. | Safinia Decl. ¶ 13 | |
| | | a. | Overruled. |
| | 10. | Safinia Decl. ¶ 14 | |
| | | a. | Sustained – lacks foundation, improper lay opinion. |
| | 11. | Safinia Decl. ¶ 15 | |
| | | a. | Sustained as irrelevant to the issue of ownership. |

---

[3] *See supra* n.2.

12. Safinia Decl. ¶ 16
    a. Sustained – lacks foundation.
13. Safinia Decl. ¶ 17
    a. Sustained – lacks foundation, improper lay opinion.
14. Christianson Decl. ¶ 3
    a. Sustained as to "When Airborne requested Mr. Safinia revise the 2001 screenplay and signed the COA with him, Airborne contemplated the COA would apply only to Mr. Safinia's 2007 revision. Airborne did not contemplate the COA would cover any additional work performed by Mr. Safinia beyond his 2007 revision." – irrelevant;[4] and
    b. Overruled as to the remainder of ¶ 3.
15. Christianson Decl. ¶ 4
    a. Sustained as to "At the time, Airborne understood that Mr. Safinia's engagement under the COA had terminated, that Airborne owned the revised screenplay and any drafts created by Mr. Safinia up to that time, and that any future work by Mr. Safinia would not be covered by the COA." – irrelevant;[5] and
    b. Overruled as to the remainder of ¶ 4.
16. Christianson Decl. ¶ 6
    a. Sustained as to "Airborne transferred to Definition Films, an affiliate of Defendants, the rights it owned in Mr. Safinia's 2007 revisions. Of course, because Airborne could not transfer rights of anything it did not own, the Quitclaim Agreement did not transfer the rights to Mr. Safinia's work created in connection with his 2016 Screenplay." – lacks foundation,

---

[4] *See supra* n.2.
[5] *See supra* n.2.

4

           improper lay opinion; and

    b.    Overruled as to the remainder of ¶ 6.

17.    Christianson Decl. ¶ 17

    a.    Sustained as irrelevant.

18.    Davey Decl. ¶ 3

    a.    Sustained as to "Having read the 2016 Screenplay and having observed principal photography of the Film, it is apparent to me that the Film was shot based on the 2016 Screenplay. It is also apparent to me that the scenes that were shot were copied directly from the 2016 Screenplay." – irrelevant to the issue of ownership; and

    b.    Overruled as to the remainder of ¶ 3.

19.    Davey Decl. ¶ 4

    a.    Sustained – improper lay opinion, lacks foundation.

20.    Dern Decl. ¶ 3

    a.    Sustained – irrelevant.

**IT IS SO ORDERED.**

DATED: March 20, 2019.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE