UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-06902-CBM-RAOx | Date | MARCH 27, 2019 |
| Title | Farhad Safinia v. Voltage Pictures, LLC, et al. | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION TO BE HEARD AT THE PRE-TRIAL CONFERENCE**

The matter before the Court is Plaintiff's *Ex Parte* Application for Leave to File Motion for Reconsideration To Be Heard at the Pre-Trial Conference (the "Application").[1]  (Dkt. No. 185.)  Defendants filed an opposition to the Application.  (Dkt. No. 200.)

Having read the Application and opposition thereto, the Court **GRANTS** the Application as follows:

(1)    Plaintiff's Motion for Reconsideration (and supporting documents thereto) included in Plaintiff's Notice of Lodging (Dkt. No. 186), is deemed filed as of March 26, 2019;

(2)    Defendants' opposition to the Motion for Reconsideration shall be filed **no later than April 3, 2019**;

(3)    no reply in support of the Motion for Reconsideration shall be filed;[2] and

---

[1] Plaintiff seeks leave to file a motion for reconsideration of the Court's Order re Defendants' Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment on Defendants' Liability for Copyright Infringement.  (Dkt. No. 183.)

[2] Plaintiff states in his Application that he waives the right to file a reply should the Court grant the Application.

    (4)    a hearing on the Motion for Reconsideration, if necessary, shall be held on **April 16, 2019 on 2:30 p.m.** on the same date as the Pre-Trial Conference.

**IT IS SO ORDERED.**